Mary E. Kasbeer, Plaintiff-Appellee, v. James V. Kasbeer, Defendant-Appellant.

Gen. No. 11,261.

Second District, Second Division.
July 20, 1959.
Released for publication August 12, 1959.

Wilson, Wilson & Rainey, for defendant-appellant; L. D. Spaulding, Jr., for appellee. Opinion by JUSTICE CROW. Not to be published in full.